**Order entered August 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00311-CV

**HOUSTON INTERNATIONAL INSURANCE GROUP, LTD., ET AL., Appellants**

**V.**

**NATIONSBUILDERS INSURANCE SERVICES, INC., ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-06111**

## ORDER

Because this appeal was dismissed July 1, 2014, we **DENY** as moot the court reporter's

request for extension of time to file the reporter's record.

/s/     KERRY P. FITZGERALD
        JUSTICE